**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:       In re Joseph Thomas Roberts

Appellate case number:    01-21-00561-CV & 01-21-00562-CR

Trial court case number:   21-DCR-0095 & 21-DCR-0097

Trial court:              344th District Court of Chambers County

Date motion filed:       November 8, 2021

Party filing motion:     Relator, Joseph Thomas Roberts

Relator, Joseph Thomas Roberts, has filed a motion for rehearing of this Court's November 2, 2021 opinion dismissing his petition for writ of mandamus for lack of jurisdiction. *See* TEX. R. APP. P. 49.1, 52.9.

It is ordered that the motion for rehearing is **denied**.

Judge's signature:    /s/ April Farris
                        Acting for the Court

Panel consists of:  Justices Kelly, Hightower, and Farris.

Date:  December 7, 2021